IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMANDA JOHNSON, an individual; | ) | CASE NO.4:15-CV-03083 |
| BARRY RICHARDS, d/b/a RICHARDS | ) | |
| BROTHERS, an individual; | ) | |
| BRIAN LAUFER, an individual; | ) | |
| BRYAN HAUXWELL, an individual; | ) | MOTION TO DISMISS |
| DARREN WARNER, an individual; | ) | |
| DAVID RUF, an individual; | ) | |
| DELMAR RICHTER, an individual; | ) | |
| EVAN RICHTER, an individual; | ) | |
| HEATH RUF, an individual; | ) | |
| JASON BONER, an individual; | ) | |
| JERRY KOTSCHWAR, d/b/a/ | ) | |
| JENNIE KOTSCHWAR FARMS INC., | ) | |
| an individual; | ) | |
| KENNY KORELL, an individual; | ) | |
| KRIS KRESSIN, an individual; | ) | |
| LANE BROZ, an individual; | ) | |
| RANDY RICHTER, an individual; | ) | |
| RICHTER FINANCIAL INC., a Nebraska | ) | |
| Corporation; | ) | |
| SHAWN SULLIVAN, an individual; | ) | |
| SIS FARMS L.L.C., a Nebraska Limited Liability | ) | |
| Company; | ) | |
| STEVE BROZ, an individual; | ) | |
| WALLEN AND SONS INC., a Nebraska | ) | |
| Corporation; | ) | |
| WALLEN FARMS INC., a Nebraska | ) | |
| Corporation; and | ) | |
| ZAC RICHARDS, an individual, | ) | |
| | ) | |
| | ) | |
| Plaintiffs. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE CLIMATE CORPORATION, a South | ) | |
| Carolina Corporation; THE CLIMATE | ) | |
| INSURANCE AGENCY LLC, a California | ) | |
| Limited Liability Company MONSANTO | ) | |
| COMPANY, a Delaware Corporation; and | ) | |
| NORTH AMERICAN ELITE | ) | |
| INSURANCE COMPANY, | ) | |
| a New Hampshire Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

COME NOW the Plaintiffs in the above-captioned matter, by and through counsel, and hereby move the Court for an Order dismissing the Defendant, MONSANTO COMPANY, from the action, without prejudice.

WHEREFORE, Plaintiffs pray for an Order of the Court dismissing the Defendant, MONSANTO COMPANY, from this action without prejudice.

FOR THE PLAINTIFFS,

By: /s/ James R. Korth
JAMES R. KORTH, #22674
Reynolds, Korth & Samuelson, P.C., L.L.O.
1401 West First Street, P.O. Box 717
Ogallala, NE 69153
Ph:  308-284-4001     Fx:  308-284-8319

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 25th day of November, 2015, a true and correct copy of the foregoing, was served by electronic mail and/or U.S. Mail, postage prepaid, upon the following:

Counsel for the Defendants:

Michael S. Degan
Husch Blackwell LLP
13330 California Street, Suite 200
Omaha, NE 68154
Mike.Degan@huschblackwell.com

/s/ James R. Korth