IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA JOHNSON, et al., | |
| Plaintiffs, | 4:15-CV-3083 |
| vs. | |
| THE CLIMATE CORPORATION, a South Carolina Corporation, et al., | ORDER |
| Defendants. | |

    This matter is before the Court on the plaintiffs' Motion to Dismiss (filing 40), voluntarily dismissing Monsanto Company as a defendant. The motion will be granted.

    IT IS ORDERED:

1. The plaintiffs' Motion to Dismiss (filing 40) is granted.

2. The plaintiffs' claims against Monsanto Company are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).

3. Monsanto Company is dismissed as a party.

Dated this 30th day of November, 2015.

                                                                BY THE COURT:

                                                                John M. Gerrard
                                                                United States District Judge