IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA JOHNSON, an individual; BARRY RICHARDS, an individual; BRIAN LAUFER, an individual; BRYAN HAUXWELL, an individual; DARREN WARNER, an individual; DAVID RUF, an individual; DELMAR RICHTER, an individual; EVAN RICHTER, an individual; HEATH RUF, an individual; JASON BONER, an individual; JERRY KOTSCHWAR, an individual; KENNY KORELL, an individual; KRIS KRESSIN, an individual; LANE BROZ, an individual; RANDY RICHTER, an individual; RICHTER FINANCIAL, INC., a Nebraska Corporation; SHAWN SULLIVAN, an individual; SIS FARMS L.L.C., a Nebraska Limited Liability Company; STEVE BROZ, an individual; WALLEN AND SONS, INC., a Nebraska Corporation; WALLEN FARMS, INC., a Nebraska Corporation; and ZAC RICHARDS, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>THE CLIMATE CORPORATION, a South Carolina Corporation; THE CLIMATE INSURANCE AGENCY LLC, a California Limited Liability Company; and NORTH AMERICAN ELITE INSURANCE COMPANY, a New Hampshire Corporation;<br><br>Defendants. | 4:15CV3083<br><br>**ORDER** |

The Court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED that:

(1) Within thirty (30) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, together with submitting to the trial judge a draft order which will fully dispose of the case.

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

(3) The clerk shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 31st day of May, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge