IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA JOHNSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:15-cv-03083 |
| | ) |
| THE CLIMATE CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATED DISMISSAL WITH PREJUDICE**

All Plaintiffs and all Defendants hereby stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with each party to bear its own costs and fees.

/s/ James R. Korth_____
James R. Korth
Robert B. Reynolds
REYNOLDS, KORTH LAW FIRM
1401 West First Street
P.O. Box 717
Ogallala, NE 69153
(308) 284-4001
Fax: (308) 284-8319
jrk@rkslawoffice.com
rbr@rkslawoffice.com

*Attorneys for All Plaintiffs*

/s/ Gene Summerlin_____
Gene Summerlin
Kamron Hasan
Husch Blackwell LLP
13330 California Street, Suite 200
Omaha, Nebraska  68154
(402) 964-5000
(402) 964-5050 (FAX)
gene.summerlin@huschblackwell.com
kamron.hasan@huschblackwell.com

and

Douglas J. Schmidt (admitted pro hac vice)
Kirsten A. Byrd (admitted pro hac vice)
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080 (FAX)
douglas.schmidt@huschblackwell.com
kirsten.byrd@huschblackwell.com

*Attorneys for All Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, causing service of the foregoing on all counsel of record.

      /s/ James R. Korth

KCP-4777502-1